UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA A. MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOE 1 (WCDF GUARD),<br><br>　　　　Defendant. | Case No. 21-cv-03174-HSG<br><br>**ORDER OF DISMISSAL** |

On or about April 29, 2021, Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because she had not submitted the correct *in forma pauperis* application. Dkt. No. 5. Plaintiff was instructed to respond within twenty-eight days of the date of the order. *Id.* The deadline has passed, and Plaintiff has not submitted the required documents, or otherwise communicated with the Court. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Plaintiff may move to reopen the action. Any such motion must contain either the full filing fee or a complete *in forma pauperis* application, i.e. the correct *in forma pauperis* application accompanied by both a prisoner trust account statement and a Certificate of Funds in Prisoner's Account.

The Clerk of the Court shall enter judgment in favor of Defendant and against Plaintiff, and close the case. All pending motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: 6/21/2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge