UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA A. MARTIN, | Case No. 21-cv-03174-HSG |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DOE 1 (WCDF GUARD), | |
| Defendant. | |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 21, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge